**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | Atlas Energy Colorado, LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 4 5 – 2 1 2 0 0 1 5 | |
| 4. Debtor's address | **Principal place of business**<br><br>1000 Commerce Drive<br>Number    Street<br><br>4th Floor<br><br>Pittsburgh    PA    15275<br>City    State    ZIP Code<br><br>Allegheny<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| 5. Debtor's website (URL) | http://www.atlasresourcepartners.com/ | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    Atlas Energy Colorado, LLC           Case number (if known) _____
       Name

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2   1   1   1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ A plan is being filed with this petition.

    ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY
        District _____ When _____ Case number _____
                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor See Schedule 1      Relationship Affiliate
        District Southern District of New York     When Date hereof
                                                    MM / DD / YYYY
        Case number, if known _____

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 2

Debtor __Atlas Energy Colorado, LLC__  
Name

Case number (if known)_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City                                    State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors** (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☑ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets** (on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☑ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor: Atlas Energy Colorado, LLC
Name

Case number (if known) _____

**16. Estimated liabilities**
(on a consolidated basis)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/27/2016
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title: Chief Financial Officer

Jeffrey M. Slotterback
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 07/27/2016
MM / DD / YYYY

David M. Turetsky
Printed name

Skadden, Arps, Slate, Meagher & Flom LLP
Firm name

Four    Times Square
Number    Street

New York                          NY         10036-6522
City                              State      ZIP Code

(212) 735-3000                    david.turetsky@skadden.com
Contact phone                     Email address

4176350                           NY
Bar number                        State

## Schedule 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Case Number | Date Filed | District | Judge |
|---|---|---|---|---|
| Atlas Resource Partners, L.P. | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Barnett Pipeline, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Barnett, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Eagle Ford, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Mountaineer Production, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Oklahoma, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Production Company, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Rangely Production, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Barnett, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Colorado, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Indiana, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Ohio, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Securities, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Tennessee, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Noble, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Pipeline Tennessee, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Resource Finance Corporation | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Resource Partners Holdings, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Resources, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ATLS Production Company, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| REI-NY, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Resource Energy, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Resource Well Services, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Viking Resources, LLC | 16-____ ( ) | July 27, 2016 | S.D.N.Y. | Pending |

**Fill in this information to Identify the case:**

Debtor Name: Atlas Energy Colorado, LLC

United States Bankruptcy Court for the: Southern District of New York

Case Number (If known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders
12/15

A consolidated list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ARCHROCK PARTNERS LP<br>ARCHROCK PARTNERS OPERATING LLC<br>P.O. BOX 201160<br>DALLAS, TX 75320-1160 | PHONE: 281-836-8000<br>FAX: 281-836-8060<br>donald.wayne@archrock.com | TRADE DEBT | | | | $158,507.54 |
| 2 | KINDER MORGAN TREATING LP<br>P.O. BOX 201607<br>DEPT 3015<br>DALLAS, TX 75320-1607 | PHONE: 713-369-9000<br>john_mcdonald@kindermorgan.com | TRADE DEBT | | | | $129,291.98 |
| 3 | ENABLE MIDSTREAM PARTNERS LP<br>SERVICESTAR<br>P.O. BOX 301392<br>DALLAS, TX 75303-1392 | PHONE: 405-576-8555<br>margaret.brooks@enablemidstream.com | TRADE DEBT | | | | $110,807.53 |
| 4 | SPECTRA ENERGY PARTNERS LP<br>EAST TENNESSEE NATURAL GAS LLC<br>JP MORGAN CHASE BANK<br>PO BOX 301563<br>DALLAS, TX 75303-1563 | PHONE: 713-627-5400<br>LAMoss@spectraenergy.com | TRADE DEBT | | | | $109,945.83 |
| 5 | CSI COMPRESSCO LP<br>(FORMERLY COMPRESSOR SYSTEMS INC)<br>P.O. BOX 841807<br>DALLAS, TX 75284-1807 | PHONE: 432-563-1170<br>contract@csicompressco.com | TRADE DEBT | | | | $69,875.01 |
| 6 | J-W POWER COMPANY<br>P.O. BOX 205856<br>DALLAS, TX 75320-5856 | PHONE: 972-233-8191<br>FAX: 372-991-0704<br>JTaylor@jwenergy.com | TRADE DEBT | | | | $69,703.25 |
| 7 | WRIGHT & COMPANY, INC.<br>TWELVE CADILLAC DR SUITE 260<br>BRENTWOOD, TN 37027 | PHONE: 615-370-0755<br>FAX: 615-370-0756<br>randy@wrightandcompany.com | TRADE DEBT | | | | $64,700.00 |

Debtor: Atlas Energy Colorado, LLC                                                    Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | HARRISON COUNTY TREASURER<br>100 W MARKET ST<br>CADIZ, OH 43907 | PHONE: 740-942-8864<br>FAX: 740-942-4693<br>vicki.sefsick@yahoo.com | TRADE DEBT | | | | $60,947.05 |
| 9 | TARRANT COUNTY TAX ASSESSOR/COLL<br>ATTN: RON WRIGHT<br>P.O. BOX 961018<br>FORT WORTH, TX 76161-0018 | PHONE: 817-884-1100<br>tax-sdc@tarrantcounty.com | TRADE DEBT | | | | $58,727.42 |
| 10 | HAHN LOESER & PARKS, LLP<br>P.O. BOX 643434<br>CINCINNATI, OH 45264-3434 | PHONE: 216-621-0150<br>FAX: 216-241-2824<br>cwick@hahnlaw.com | TRADE DEBT | | | | $49,754.57 |
| 11 | ANDERSON LUBRICANTS INC<br>DBA PETROCHOICE<br>ATTN: CHARLIE ROSENFELDER<br>PO BOX 7190<br>KNOXVILLE, TN 37921-7190 | PHONE: 800-788-4552<br>FAX: 865-474-7401<br>crosenfelder@petrochoice.com | TRADE DEBT | | | | $47,046.94 |
| 12 | CIGANOVICH CONSTRUCTION INC<br>ATTN: MARK CIGANOVICH<br>429 STONE ST<br>RATON, NM 87740 | PHONE: 575-445-4192<br>FAX: 575-445-5621<br>ciganovichconst@msn.com | TRADE DEBT | | | | $45,469.97 |
| 13 | CDW LLC<br>CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 | PHONE: 312-705-2915<br>FAX: 312-705-4715<br>credit@cdw.com | TRADE DEBT | | | | $42,938.03 |
| 14 | ARCHROCK SERVICES LP<br>P.O. BOX 201160<br>DALLAS, TX 75320-1160 | PHONE: 281-836-8000<br>FAX: 281-836-8060<br>donald.wayne@archrock.com | TRADE DEBT | | | | $40,455.53 |
| 15 | D&T WELL SERVICES LLC<br>ATTN: DONNIE SANDOVAL<br>521 ADAMS ST<br>RATON, NM 87740 | PHONE: 575-445-0414<br>dtwellservices@gmail.com | TRADE DEBT | | | | $39,032.59 |
| 16 | TRANSTEX HUNTER LLC<br>P.O. BOX 841847<br>DALLAS, TX 75284-1847 | PHONE: 713-574-9525<br>FAX: 713-654-7155<br>jdavis@eurekamidstream.com | TRADE DEBT | | | | $38,200.00 |
| 17 | UNITED EXCAVATING AND GENERAL CONTRACTING INC<br>ATTN: JORDAN DANT<br>2381 S 500 E<br>MONTGOMERY, IN 47558 | PHONE: 812-486-3209<br>FAX: 812-486-3958<br>jordan.dant@unitedexcavating.com | TRADE DEBT | | | | $37,413.49 |
| 18 | PANHANDLE OILFIELD SERVICE CO INC<br>14000 QUAIL SPRINGS PKWY STE 300<br>OKLAHOMA CITY, OK 73134-2600 | PHONE: 405-608-5330<br>desirae.morrison@posci.net | TRADE DEBT | | | | $36,671.87 |
| 19 | CROSS M RANCH LLC<br>520 BILLIMEK RD<br>SCHULEMBURG, TX 78956 | | TRADE DEBT | | | | $32,935.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims        Page 2

Debtor: Atlas Energy Colorado, LLC

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  JAY R LITTLE<br>J LITTLE OIL WELL SERVICING & PLUGGING<br>5460 NICHOLS RUN<br>LIMESTONE, NY 14753 | PHONE: 716-244-3781<br>winchester5145@gmail.com | TRADE DEBT | | | | $30,098.00 |
| 21  RR DONNELLEY<br>P.O. BOX 538602<br>ATLANTA, GA 30353-8602 | PHONE: 312-326-8000<br>FAX: 215-561-8687<br>john.gfeller@rrd.com | TRADE DEBT | | | | $29,500.00 |
| 22  R L LAUGHLIN & CO INC<br>5012 WASHINGTON ST W<br>CHARLESTON, WV 25313-1527 | PHONE: 304-776-7740<br>FAX: 304-776-7742<br>jgoff@rllco.com;<br>davidc@rllco.com | TRADE DEBT | | | | $29,021.20 |
| 23  NICK'S WELL PLUGGING LLC<br>ATTN: TAMMY ANGUS<br>1800 N RIVER RD NE<br>WARREN, OH 44483 | PHONE: 234-600-5839<br>tammy@nickswellplugging.com | TRADE DEBT | | | | $28,540.00 |
| 24  J & P SERVICE INC<br>P.O. BOX 207<br>GIDDINGS, TX 78942 | PHONE: 979-542-0500<br>FAX: 979-542-0531<br>JPSI@VERIZON.NET | TRADE DEBT | | | | $28,390.19 |
| 25  ROGERS OILFIELD INC<br>P.O. BOX 702<br>GRAHAM, TX 76450 | PHONE: 817-641-8876 | TRADE DEBT | | | | $28,287.87 |
| 26  PYRAMID INSTRMNTN & ELECTRICAL CORP<br>2030 E MURPHY ST<br>ODESSA, TX 79761-5802 | PHONE: 432-580-3200<br>FAX: 432-580-3201<br>CREDIT@PYRAMIDCORPORATION.COM | TRADE DEBT | | | | $24,556.44 |
| 27  JEFFREY L DWIGGINS<br>DWIGGINS CONSULTING LLC<br>2004 KIAWAH CIR<br>EDMOND, OK 73025 | PHONE: 405-627-8539<br>JEFF.DWIGGINS@DWIGGINSCONSULTING.COM | TRADE DEBT | | | | $24,500.00 |
| 28  NATURAL GAS COMPRESSION SYSTEMS INC<br>ATTN: AL YUNCKER<br>2480 AERO PARK DRIVE<br>TRAVERSE CITY, MI 49686 | PHONE: 231-941-0107<br>FAX: 231-941-0177<br>yuncker@ngcsi.com | TRADE DEBT | | | | $23,630.00 |
| 29  ACORN PETROLEUM INC<br>ATTN: GLENDA LOPEZ<br>2918 FREEDOM ROAD<br>TRINIDAD, CO 81082 | PHONE: 719-846-7712<br>FAX: 719-634-8811<br>glopez@acornpetroleuminc.com | TRADE DEBT | | | | $23,537.32 |
| 30  KNL INC<br>114 FOXBOROUGH ST<br>NORTH TAZEWELL, VA 24630 | PHONE: 276-963-8929<br>FAX: 276-963-8928<br>gslade@knlinc.net | TRADE DEBT | | | | $21,304.18 |
| 31  USA COMPRESSION PARTNERS LP<br>P.O. BOX 974206<br>DALLAS, TX 75397-4206 | PHONE: 512-473-2662<br>FAX: 512-320-0706<br>gholloway@usacompression.com | TRADE DEBT | | | | $21,250.00 |
| 32  SULLIVAN CONTRACTING INC<br>6750 5TH ST<br>NORTHPORT, AL 35476-3447 | PHONE: 205-333-6946<br>FAX: 205-333-6933<br>tim.sullivan@sul-con.com | TRADE DEBT | | | | $21,121.47 |

Debtor: Atlas Energy Colorado, LLC

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 CARTER MACHINERY COMPANY INC<br>P.O. BOX 751053<br>CHARLOTTE, NC 28275-1053 | PHONE: 800-835-1166<br>FAX: 540-387-3871<br>tom_messer@cartermachinery.com | TRADE DEBT | | | | $20,653.37 |
| 34 EASTERN COLORADO WELL SVC LLC<br>P.O. BOX 244<br>CHEYENNE WELLS, CO 80810 | PHONE: 719-767-5100<br>FAX: 719-767-5228<br>kpevler@ecws1.com | TRADE DEBT | | | | $20,630.11 |
| 35 CITIZENS GAS UTILITY DISTRICT<br>OF SCOTT & MORGAN COUNTIES<br>ATTN: GREG BELL<br>PO BOX 320<br>HELENWOOD, TN 37755 | PHONE: 423-569-4457<br>FAX: 423-569-5303<br>citgasgb@highlands.net | TRADE DEBT | | | | $20,000.00 |
| 36 LEE HECHT HARRISON LLC<br>DEPT CH #10544<br>PALATINE, IL 60055-0544 | PHONE: 800-670-8084<br>invoices@lhh.com | TRADE DEBT | | | | $19,200.00 |
| 37 ALAMO SERVICES<br>KERRY V CHANDLER<br>P.O. BOX 1082<br>NORTHPORT, AL 35476 | PHONE: 205-361-4192<br>alamok@hughes.net | TRADE DEBT | | | | $18,397.00 |
| 38 ABRAMS TECHNICAL SERVICES INC<br>10375 RICHMOND AVE STE 1180<br>HOUSTON, TX 77042-4152 | PHONE: 713-954-4660<br>FAX: 713-954-4661 | TRADE DEBT | | | | $18,200.71 |
| 39 JOHNSON COUNTY TAX A/C<br>P.O. BOX 75<br>CLEBURNE, TX 76033 | PHONE: 817-558-0122<br>FAX: 817-556-0826<br>scottp@johnsoncountytx.org | TRADE DEBT | | | | $17,840.30 |
| 40 4T TILLERY INC<br>DBA JET OILFIELD SERVICES<br>1211 US HWY 380 WEST<br>JACKSBORO, TX 76458 | | TRADE DEBT | | | | $17,735.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Atlas Energy Colorado, LLC__

United States Bankruptcy Court for the: __Southern__ District of __New York__
(State)

Case number (if known): _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/27/2016__      X _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   Jeffrey M. Slotterback
                                   Printed name

                                   Chief Financial Officer
                                   Position or relationship to debtor


Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

## ATLAS ENERGY COLORADO, LLC

### Written Consent of
### the Sole Member

### July 27, 2016

---

Atlas Resource Partners Holdings, LLC, a Delaware limited liability company and the sole member (the "Member") of Atlas Energy Colorado, LLC (the "Company"), a Colorado limited liability company, acting pursuant to the organizational documents of the Company and applicable law, without the formality of convening a meeting, approves in all respects the adoption of, and does hereby adopt, by this written consent, the following resolutions with the same force and effect as if they had been unanimously adopted at a duly convened meeting of the Member and directs that this written consent be filed with the minutes of the proceedings of the Company.

WHEREAS, the Member is the sole member of the Company and manages the activities of the Company.

WHEREAS, the Member has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses.

WHEREAS, the Member has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company.

WHEREAS, the Member has been presented with and has reviewed the terms and provisions of a proposed petition (the "Chapter 11 Petition") to be filed by the Company in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

WHEREAS, the Member has determined that it is advisable and in the best interests of the Company and its stakeholders that the Company file the Chapter 11 Petition.

**Chapter 11 Filing**

NOW, THEREFORE, BE IT RESOLVED, that, upon consideration of the Chapter 11 Petition, the Member hereby approves the form, terms, and provisions of the Chapter 11 Petition and the transactions contemplated thereby, and the Company and each of the Authorized Officers (as defined below), as applicable, be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, verify, and cause to be filed in the Bankruptcy

Court the Chapter 11 Petition in substantially the form previously submitted to the Member with such changes as any executive officer of the Company or any other officer designated by any of them (each, an "Authorized Officer" and collectively the "Authorized Officers") may deem necessary, desirable or appropriate, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the filing of the Chapter 11 Petition.

**FURTHER RESOLVED**, that the Company and each of the Authorized Officers, as applicable, be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to take any and all actions in connection with the Chapter 11 Case of the Company (the "Chapter 11 Case") with a view to the successful prosecution of the case, including, without limitation, seeking authority for the Company to operate as debtors in possession.

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to cause to be prepared and to execute, deliver, and file, or cause to be executed, delivered, and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, including any modifications, amendments, or supplements thereto, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all other action with a view to the successful prosecution of the Chapter 11 Case which they or any one of them may deem necessary, desirable or appropriate in connection with the Chapter 11 Case contemplated hereby, including, without limitation, negotiating and obtaining the use of cash collateral, and executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with such use of cash collateral, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the taking of any such action, and also including taking any action on behalf of any subsidiaries of the Company, including, without limitation, executing and delivering any written consents or other documents as member of such subsidiaries.

**FURTHER RESOLVED**, that all actions heretofore taken for and on behalf of the Company by any of the Authorized Officers to seek relief for the Company under the Bankruptcy Code or in connection with the Chapter 11 Case or any matter related thereto be, and they hereby are, in all respects, ratified, authorized and approved as acts of the Company.

**Retention of Advisors**

**FURTHER RESOLVED**, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and they hereby are, employed under general retainer as attorneys for the Company in the Chapter 11 Case.

**FURTHER RESOLVED**, that Perella Weinberg Partners LP (or its affiliates) be, and they hereby are, employed as investment banker for the Company in the Chapter 11 Case.

**FURTHER RESOLVED**, that Epiq Bankruptcy Solutions, LLC (or its affiliates) be, and they hereby are, employed as claims and noticing agents and administrative advisors for the Company in the Chapter 11 Case.

2

**Omnibus Resolutions**

**FURTHER RESOLVED**, that any Authorized Officer be, and each of them hereby is, authorized and directed on behalf of the Company to make all payments and incur all expenses in connection with any actions contemplated by the foregoing resolutions as they or any of them deem necessary, desirable or appropriate, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the execution and delivery thereof, or action in support thereof, by such Authorized Officer.

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed for and on behalf of the Company to execute and deliver such documents, and to take all such further actions as they or any of them deem necessary, desirable or appropriate, to effect the intent and purposes of the foregoing resolutions, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the execution and delivery thereof, or action in support thereof, by such Authorized Officer.

**FURTHER RESOLVED**, that all actions heretofore taken for and on behalf of the Company by any of the Authorized Officers in connection with any of the foregoing matters be, and they hereby are, in all respects, ratified, authorized and approved as acts of the Company.

*[Remainder of page intentionally left blank.]*

3

**IN WITNESS WHEREOF**, this action by written consent has been executed by the Member as of the date first written above.

SOLE MEMBER:

ATLAS RESOURCE PARTNERS HOLDINGS, LLC

By: _____
Name: Jeffrey M. Slotterback
Title: Chief Financial Officer

*[Signature Page to Atlas Energy Colorado, LLC Ch. 11 Resolutions]*